193 So.2d 524

**Percy MIRE**

v.

**GRIGSBY BROTHERS, INC., et al.**

No. 48484.

Jan. 16, 1967.

In re: Grigsby Brothers, Inc. and Houston Fire and Casualty Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia, 191 So.2d 362.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

193 So.2d 524

**Willie STEVENS**

v.

**PATTERSON MENHADEN CORPORATION.**

No. 48482.

Jan. 16, 1967.

In re: Willie Stevens applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Mary, 191 So.2d 692.

Writs refused. Considering this application solely as one for remedial writs under our supervisory jurisdiction (for the reason that the Court of Appeal, First Circuit, refused to exercise its supervisory jurisdiction by its denial of relator's application) we find no error of law in the ruling complained of. The action taken by the trial judge was specifically authorized by Article 1813, Code of Civil Procedure.